**William HILL, Plaintiff–Appellant,**

v.

**CHESAPEAKE CORRECTIONAL CENTER, RECORDS DEPARTMENT, Defendant–Appellee.**

No. 10–6649.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2010.

Decided: Dec. 27, 2010.

William Hill, Appellant Pro Se.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hill appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Chesapeake Corr. Ctr.,* No. 1:10–cv–00273–AJT–JFA (E.D.Va. Apr. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*